Approved: *Samuel P. Rothschild*
_____
SAMUEL P. ROTHSCHILD
Assistant United States Attorney

Before:     THE HONORABLE KATHARINE H. PARKER
            United States Magistrate Judge         **21 MAG 1957**
            Southern District of New York

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    SEALED COMPLAINT
                                 :    Violations of
    - v. -                       :    18 U.S.C. §§ 924 and 2
                                 :    21 U.S.C. § 846
DENNIS SCAMARDELLA,              :
                                 :    COUNTIES OF OFFENSE:
            Defendant.           :    New York; Westchester
                                 :
- - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

       KENNETH R. MCGRAIL, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration, and charges as follows:

## COUNT ONE
(Drug Trafficking Conspiracy)

       1.   From at least in or about 2019, up to and including in or about February 2021, in the Southern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

       2.   It was a part and an object of the conspiracy that DENNIS SCAMARDELLA, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

       3.   The controlled substances that DENNIS SCAMARDELLA, the defendant, conspired to distribute and possess with the intent to distribute were quantities of mixtures and substances containing detectable amounts of heroin and quantities of mixtures

and substances containing detectable amounts of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Firearms Use)

4. In or about February 2021, in the Southern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the conspiracy to distribute and to possess with intent to distribute controlled substances charged in Count One of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the same.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

5. I am a Special Agent with the Drug Enforcement Administration, and I have been personally involved in this investigation. This affidavit is based on my investigation, my conversations with other law enforcement agents and other individuals, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

6. Since in or about 2020, I have participated in an investigation into narcotics trafficking perpetrated by individuals in the vicinity of, among other places, Yonkers, New York and Staten Island, New York. That investigation has identified several subjects, including, as relevant here, DENNIS SCAMARDELLA, the defendant. Based on participating in this investigation, talking to other law enforcement agents, and reviewing law enforcement records and photographs, I have learned the following, among other things:

a. On or about February 17, 2021, the Honorable Vera M. Scanlon, United States Magistrate Judge for the Eastern District of New York, authorized warrants to search SCAMARDELLA's

residence on Staten Island, New York (the "Residence") and two vehicles known to be used by SCAMARDELLA.

    b. On or about February 19, 2021, during searches conducted pursuant to those warrants, law enforcement agents recovered from the Residence, among other things, a loaded Glock forty-caliber firearm (the "Firearm"), ammunition, and a carry box that appears to be the box that the Firearm was purchased in (the "Carry Box"); drug packaging paraphernalia, including glassine bags, which, based on my training, experience, and participation in this and similar investigations, are the type commonly used to package cocaine and heroin for resale to customers; and a substance that I believe to be marijuana based on its appearance, its odor, and my training, experience, and participation in this and similar investigations.

    c. As part of the February 19, 2021 searches described above, law enforcement agents advised SCAMARDELLA of his *Miranda* rights and asked whether SCAMARDELLA wished to make statements, to which SCAMARDELLA responded, in sum and substance, not now, maybe later. After SCAMARDELLA was transported to a law enforcement precinct, law enforcement agents again advised SCAMARDELLA of his *Miranda* rights, and SCAMARDELLA waived his rights, including in writing, agreed to speak to law enforcement agents, and stated the following, among other things, in substance and in part:

    i. SCAMARDELLA stated, in substance and in part, that he has been dealing heroin and cocaine, among other things, for approximately two years, and that he receives the heroin and cocaine that he sells from multiple sources, including one source ("CC-1") who comes from Yonkers, New York to Staten Island, New York to deliver heroin and cocaine to SCAMARDELLA at the Residence. Based on my training and experience, I know that for an individual to travel from Yonkers, New York to Staten Island, New York, the individual must cross one of the contiguous waterways to New York County.

    ii. SCAMARDELLA acknowledged, in substance and in part, that, in the Residence, he packages up for resale heroin and cocaine that he receives from CC-1.

    iii. SCAMARDELLA acknowledged, in substance and in part, that the Firearm, which was recovered from the Residence, belongs to him and that he typically keeps the Firearm in the Residence.

WHEREFORE, I respectfully request that DENNIS SCAMARDELLA, the defendant, be imprisoned or bailed, as the case may be.

/s/ Kenneth McGrail
_____
KENNETH R. MCGRAIL
Special Agent
Drug Enforcement Administration

Sworn to me through the transmission of this
Complaint by reliable electronic means,
pursuant to Federal Rules of Criminal Procedure
41(d)(3) and 4.1, this
_20_ day of February, 2021

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4