UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA :

v. :

DENNIS SCAMARDELLA, : 21 Cr. ____ (JGK)

    Defendant. :

21 CRIM 629

----------------------------X

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 924(c) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dennis Scamardella (by counsel)
_____
Dennis Scamardella
Defendant

_____
Witness

*James Neuman*
_____
James Neuman, Esq.
Counsel for Defendant

Date:  New York, New York
       October 13, 2021

