ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                  :
UNITED STATES OF AMERICA    :        **SUPERSEDING**
                  :        **INFORMATION**
  - v. -            :
                  :        S1 21 Cr. 629 (JGK)
DENNIS SCAMARDELLA,     :
                  :
         Defendant.    :
- - - - - - - - - - - - - - - - - X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|16|22

**COUNT ONE**
(Narcotics Conspiracy)

The United States Attorney charges:

1.    From at least in or about 2008 up to and including in or about February 2021, in the Southern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that DENNIS SCAMARDELLA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substance that DENNIS SCAMARDELLA, the defendant, conspired to distribute and possess with intent to distribute was a quantity of mixtures and substances

containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Narcotics Conspiracy)

The United States Attorney further charges:

4.    From at least in or about 2006 up to and including in or about February 2021, in the Southern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5.    It was a part and an object of the conspiracy that DENNIS SCAMARDELLA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

6.    The controlled substances that DENNIS SCAMARDELLA, the defendant, conspired to distribute and possess with intent to distribute were: (i) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (ii) 100 grams and more of mixtures and

substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT THREE
(Firearms Use, Carrying, Possession)

The United States Attorney further charges:

7.    In or about February 2021, in the Southern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics trafficking conspiracies charged in Counts One and Two of this Information, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the same.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT FOUR
(Impersonation of an Officer of the United Sates)

The United States Attorney further charges:

8.    In or about 2021, in the Eastern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Deputy United States Marshal, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Deputy United States Marshal and wore clothing and presented

3

identification materials designed to convey that he was a Deputy United States Marshal, and did aid and abet the same.

(Title 18, United States Code, Sections 912 and 2.)

## COUNT FIVE
(Narcotics Distribution)

The United States Attorney further charges:

9. In or about 2021, in the Eastern District of New York and elsewhere, DENNIS SCAMARDELLA, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the same.

10. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of Ambien, a controlled substance in schedule IV, in violation of Title 21, United States Code, Section 841(b)(2).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(2); and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS

11. As a result of committing the offenses alleged in Counts One, Two, and Five of this Information, DENNIS SCAMARDELLA, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds

4

obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses and the following specific property:

a.    $15,090.00 in United States currency that the Drug Enforcement Administration seized on or about February 19, 2021 from a black duffle bag found in a 2020 Lexus GX460 parked in the driveway of a residence located on Richmond Hill Road, Staten Island, New York, which is the subject of *In Re Non-Judicial Civil Forfeiture Proceeding Regarding $15,090.00 in United States Currency Seized on or about February 19, 2021*, 21 Misc. 674.

### Substitute Assets Provision

12.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)


Damian Williams /spr

DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DENNIS SCAMARDELLA,

Defendant.

## SEALED SUPERSEDING INFORMATION

21 Cr. 629 (JGK)

(21 U.S.C. §§ 841 and 846;
18 U.S.C. §§ 912, 924, and 2.)

DAMIAN WILLIAMS
United States Attorney

3/16/2022 FILED WAIVER OF INDICTMENT AND SUPERSEDING INFORMATION.
DEFT ARRAIGNED ON SUPERSEDING INFORMATION. DEFT PRESENT
W/ATTY JAMES NEUMAN. AUSA MICHAEL HERMAN. REPORTER
MARTHA MARTIN. DEFT ENTERS PLEA OF GUILTY TO FIVE-COUNT
INFORMATION. SENTENCE DATE 3/16/2022 AT 4:30PM. PSI ORDERED.
BAIL CONT'D.

— JUDGE KOELTL